■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO J. TOBAR, Appellant. [938 NYS2d 819]

Contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently entered (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Moissett*, 76 NY2d 909, 910-911 [1990]; *People v Harris*, 61 NY2d 9, 16 [1983]; *People v Nixon*, 21 NY2d 338 [1967], *cert denied sub nom. Robinson v New York*, 393 US 1067 [1969]). The Supreme Court properly conducted the plea allocution (*see People v Nixon*, 21 NY2d at 353).

The defendant was provided with the effective assistance of counsel (*see Strickland v Washington*, 466 US 668 [1984]; *People v Benevento*, 91 NY2d 708, 712 [1998]). The defendant's unsubstantiated claims of coercion and dissatisfaction with the representation by his counsel, which were refuted by his statements during the plea allocution, do not warrant a hearing (*see generally People v Massey*, 70 AD3d 722 [2010]; *People v Hughes*, 62 AD3d 1026 [2009]). Rivera, J.P., Angiolillo, Leventhal and Cohen, JJ., concur.